1  GEORGE J. GIGOUNAS (Bar No. 209334)
   george.gigounas@dlapiper.com
2  **DLA PIPER LLP (US)**
   555 Mission Street, Suite 2400
3  San Francisco, CA 94105
   Tel: 415.836.2500
4  Fax: 415.836.2501

5  KIMBERLY S. HYDE (Bar No. 274623)
   kimberly.hyde@dlapiper.com
6  **DLA PIPER LLP (US)**
   401 B Street, Suite 1700
7  San Diego, CA 92101
   Tel: 619.699.2700
8  Fax: 619.699.2701

9  Attorneys for Defendant and Counter-
   Claimant LOCKHEED MARTIN
10 CORPORATION

11 List of Counsel continued on next page:

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| SAN DIEGO UNIFIED PORT DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL DYNAMICS CORPORATION; LOCKHEED MARTIN CORPORATION; and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO. 07-CV-1955-BAS (WVG)<br><br>**NOTICE OF MOTION AND JOINT MOTION OF LOCKHEED MARTIN CORPORATION, GENERAL DYNAMICS CORPORATION, AND SAN DIEGO UNIFIED PORT DISTRICT FOR ORDER CONFIRMING SETTLEMENT AND BARRING AND DISMISSING CLAIMS**<br><br>Courtroom: 4B<br>Complaint Filed: May 11, 2006<br><br>Hearing Date: May 8, 2017<br>Judge: Hon. Cynthia Bashant<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT** |
|---|---|

| | |
|---|---|
| 1 | List of Counsel continued from previous page: |
| 2 | Thomas A. Russell, Esq. (Bar No. 108607)<br>John N. Carter, Esq. (Bar No. 246886) |
| 3 | *egross@portofsandiego.org*<br>*jcarter@portofsandiego.org* |
| 4 | SAN DIEGO UNIFIED PORT DISTRICT<br>OFFICE OF THE PORT ATTORNEY |
| 5 | 3165 Pacific Highway<br>San Diego, CA 92101 |
| 6 | Telephone: (619) 686-6219<br>Facsimile: (619) 686-6444 |
| 7 | |
| 8 | William D. Brown (Bar No. 125468)<br>Wentzelee Botha (Bar No. 207029) |
| 9 | *bbrown@brownandwinters.com*<br>*wbotha@brownandwinters.com* |
|  | BROWN & WINTERS |
| 10 | 120 Birmingham Drive, Suite 110<br>Cardiff-by-the-Sea, CA 92007 |
| 11 | Telephone: (760) 633-4485<br>Facsimile: (760) 633-4427 |
| 12 | |
| 13 | William J. Jackson (Texas Bar No. 00784325 - admitted Pro Hac Vice)<br>Micheal W. Dobbs (Texas Bar No. 24012533 - admitted Pro Hac Vice) |
| 14 | *bjackson@kelleydrye.com*<br>*mdobbs@kelleydrye.com* |
|  | Kelley Drye / Jackson Gilmour & Dobbs LLP |
| 15 | 515 Post Oak Blvd., Suite 900<br>Houston, TX 77027 |
| 16 | Telephone: (713) 355-5000<br>Facsimile: (713) 355-5001 |
| 17 | |
| 18 | Attorneys for Plaintiff<br>SAN DIEGO UNIFIED PORT DISTRICT |
| 19 | Kelly E. Richardson (Bar No. 210511)<br>Jennifer P. Casler-Goncalves (Bar No. 259438) |
| 20 | *Kelly.richardson@lw.com*<br>*Jennifer.casler-goncalves@lw.com* |
| 21 | LATHAM & WATKINS LLP<br>12670 High Bluff Drive |
| 22 | San Diego, CA 92130-3086<br>Telephone: (858) 523-5400 |
| 23 | Facsimile: (858) 523-5450 |
| 24 | Attorneys for Defendant and Counter-Claimant<br>GENERAL DYNAMICS CORPORATION |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

TO ALL PARTIES, AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 8, 2017 or as soon thereafter as the matter may be heard, in Courtroom 4B of the above-entitled Court, located at 221 West Broadway, Suite 4145, San Diego, California, Defendant, Cross-Defendant, Counterclaimant and Cross-Claimant LOCKHEED MARTIN CORPORATION ("Lockheed Martin"), Defendant and Cross-Defendant GENERAL DYNAMICS CORPORATION ("GD"), and Plaintiff and Cross-Defendant the SAN DIEGO UNIFIED PORT DISTRICT ("Port District") (collectively, the "Settling Parties") will and hereby do jointly move this Court for an order approving the Settlement Agreement entered into by and between the Settling Parties ("Settlement Agreement") under the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9601, et seq., the Uniform Comparative Fault Act ("UCFA"), and California Code of Civil Procedure sections 877 and 877.6, and further, dismissing and barring claims against the Settling Parties with regard to "Covered Matters" under the Settlement Agreement, except as expressly reserved or excluded in the Settlement Agreement, as more particularly set forth in the Settling Parties' moving papers.

The Motion is based upon the fact that the Settlement Agreement between the Settling Parties was the result of arms' length negotiations over years of privately mediated settlement discussions among all parties to this action, and is without collusion, fraud, or any tortious conduct. In addition, the complexities and uncertainties of the litigation, and the significant resources that would otherwise be expended in bringing this case to trial, also support both approval of the Settlement Agreement as having been made in good faith, and the requested portion of the bar order.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Request for Judicial Notice, the

Declarations of George J. Gigounas, Kelly E. Richardson, and Micheal W. Dobbs in support of this Motion, the fully executed Settlement Agreement, and the complete files and records of this Action.

Dated:  March 16, 2017       **DLA PIPER LLP (US)**

By /s/ *George J. Gigounas*
George J. Gigounas
Kimberly S. Hyde
Attorneys for Defendant and Counter-Claimant GENERAL DYNAMICS CORPORATION

Dated:  March 16, 2017       **LATHAM & WATKINS LLP**

By /s/ *Kelly E. Richardson*
Kelly E. Richardson
Jennifer Casler-Goncalves
Benjamin D. Gibson
Attorneys for Defendant and Counter-Claimant GENERAL DYNAMICS CORPORATION

Dated:  March 16, 2017       **SAN DIEGO UNIFIED PORT DISTRICT**

By /s/ *John N. Carter*
Thomas A. Russell, Gen. Counsel
Ellen F. Gross, Asst. Gen. Counsel
John N. Carter, Dep. Gen. Counsel

**KELLEY DRYE / JACKSON GILMOUR & DOBBS LLP**

By /s/ *Micheal W. Dobbs*
William J. Jackson
Micheal W. Dobbs

Attorneys for Plaintiff SAN DIEGO UNIFIED PORT DISTRICT